913 A.2d 862

**Darren PLEAZE, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 17 WAP 2006.**

Supreme Court of Pennsylvania.

Dec. 4, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of December, 2006, the Board's Motion to Dismiss for Mootness is granted.